

**COM.**

v.

**CHECCHIA, L.**

**110 MDA 2017**

Superior Court of Pennsylvania.

08/02/2017

CP–06–CR–0003356–2009 (Berks)

Affirmed

**COM.**

v.

**CHECCHIA, L.**

**111 MDA 2017**

Superior Court of Pennsylvania.

08/02/2017

CP–06–CR–0000409–2016 (Berks)

Affirmed

**COM.**

v.

**LAWTON, M.**

**1635 WDA 2015**

Superior Court of Pennsylvania.

08/02/2017

CP–53–CR–0000187–2010 (Potter)

Affirmed

**COM.**

v.

**AMBROSE, J.**

**2227 EDA 2015**

Superior Court of Pennsylvania.

08/03/2017

CP–51–CR–0008198–2011 (Philadelphia)

Affirmed

